```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 63945
    FLOYD L BYAS
    JUANITA L BYAS                              CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

            Debtor
    SSN XXX-XX-5089      SSN XXX-XX-6853
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 12/13/05 and confirmed on 04/21/06.

   2. The case was dismissed after confirmation, 11/16/2007.

   3. The Debtor paid a total of $  9594.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICREDIT FINANCIAL | SECURED | 5625.00 | 370.61 | 2639.02 |
| AMERICREDIT FINANCIAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| TRIAD FINANCIAL CORP | SECURED | 8350.00 | 574.88 | 3257.24 |
| ILL DEPT OF EMPLOYMENT S | PRIORITY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 100.53 | .00 | .00 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1253.34 | .00 | .00 |
| CHECK N GO OF ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION CO OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| DEPARTMENT VETERAN AFFAI | UNSECURED | NOT FILED | .00 | .00 |
| STUART SCHWARTZ DDS | UNSECURED | NOT FILED | .00 | .00 |
| ENH NORTH SUBURBAN ANEST | UNSECURED | NOT FILED | .00 | .00 |
| ENH MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ENH RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NORTHWESTERN HE | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| EYE CARE CENTER OF LAKE | UNSECURED | NOT FILED | .00 | .00 |
| GT LANDSCAPING | UNSECURED | NOT FILED | .00 | .00 |
| ILL DEPT OF EMPLOYMENT S | UNSECURED | NOT FILED | .00 | .00 |
| GASTRO OF LAKE COUNTY | UNSECURED | NOT FILED | .00 | .00 |
| MARLINIT | UNSECURED | NOT FILED | .00 | .00 |
| AT&T WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| AT&T WIRELESS | UNSECURED | NOT FILED | .00 | .00 |

```
PEOPLES GAS                    UNSECURED        552.96          .00          .00
PINNACLE MANAGEMENT SERV UNSECURED           NOT FILED          .00          .00
QUICK CASH LOAN                UNSECURED        446.12          .00          .00
STEELE SURGICAL SUPPLY C UNSECURED           NOT FILED          .00          .00
TARGET NATIONAL BANK           UNSECURED        398.37          .00          .00
VISTA MEDICAL CENTER EAS UNSECURED           NOT FILED          .00          .00
VISA IMAGING                   UNSECURED       NOT FILED        .00          .00
TRIAD FINANCIAL CORP           UNSECURED       4906.62          .00          .00
AMERICREDIT FINANCIAL          UNSECURED       5321.26          .00          .00
SBC BANKRUPTCY DESK            UNSECURED       1806.35          .00          .00
INTERNAL REVENUE SERVICE PRIORITY             8531.78          .00       352.32
INTERNAL REVENUE SERVICE UNSECURED           10717.52          .00          .00
ILLINOIS DEPT REVENUE          UNSECURED         49.20          .00          .00
ILLINOIS DEPT REVENUE          PRIORITY        7847.55          .00       266.18
          Summary of disbursements:
------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 13975.00    16479.86    25451.74          .00     55906.60
PRINCIPAL PAID      5896.26      618.50         .00          .00      6514.76
INTEREST PAID        945.49         .00         .00          .00       945.49
TOTAL PAID          6841.75      618.50         .00          .00      7460.25
```

The Debtor's attorney, HAROLD M SAALFELD            , was allowed $   3000.00
and was paid $   1782.28 .

The Trustee received $    351.47 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 02/08/08                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                        PAGE   3
CASE NO. 05 B 63945 FLOYD L BYAS & JUANITA L BYAS
```